AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

ALBERTO AVILA OLIVERA,

        Petitioner,

        v.

JEFFREY UTTECHT and ELDON VAIL,

        Respondents.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: CV-10-5139-JPH

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED the Report and Recommendation (ECF No. 6) is ADOPTED in its entirety. The Petition is DISMISSED with prejudice as untimely.

The court finds there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c); Fed. R.App. P. 22(b).

February 15, 2011
*Date*

JAMES R. LARSEN
*Clerk*
s/ Pamela A. Howard
*(By) Deputy Clerk*
Pamela A. Howard